# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145832

HORSESHOE LAKE CORPORATION, ERIC
GREGG, BARBARA GREGG, DENNIS LIWOSZ,
WILLIAM WAGNER, and JEFFREY SOUZA,
      Plaintiffs/Counter-Defendants-
      Appellees,

v

                                 SC: 145832
                                 COA: 304695
PAUL R. CARLSON and SUSAN K. CARLSON,     Washtenaw CC: 10-000513-CH
      Defendants/Counter-Plaintiffs-
      Appellants.

_____/

      On order of the Court, the application for leave to appeal the August 2, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

s0122

_____
Clerk